1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE DOUGLASS JOHNSON,            No.  2:18-cv-02580-MCE-AC

12              Plaintiff,

13         v.                              **ORDER**

14    PAUL THOMPSEN,

15              Defendant.

16

17         The Court has reviewed Plaintiffs' Motion to Alter or Amend a Judgment (ECF No.

18    30) and Motion for Amended or Additional Findings (ECF No. 31).  Those Motions are

19    DENIED.

20         IT IS SO ORDERED.

21    Dated:  August 6, 2020

22

23    MORRISON C. ENGLAND, JR.
      SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1