# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON, | No. 2:18-cv-2580 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSEN, WARDEN, | |
| Respondent. | |

Plaintiff's Motion to Supplement Pleadings (ECF No. 34) is DENIED. All further filings will be summarily stricken.

IT IS SO ORDERED.

Dated: August 10, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1